1  Joseph E. Addiego III (CA SBN 169522)
   John D. Freed (CA SBN 261518)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email:        jakefreed@dwt.com
5                joeaddiego@dwt.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | SHERI LUNSFORD,              ) Case No. 16-cv-02389
   |                              )
13 |           Plaintiff,         ) **STIPULATION TO EXTEND TIME FOR**
   |                              ) **DEFENDANT JPMORGAN CHASE**
14 |      v.                      ) **BANK, N.A. TO RESPOND TO**
   |                              ) **COMPLAINT PURSUANT TO CIVIL**
15 | SETERUS, INC., et al.,       ) **LOCAL RULE 6-1(a)**
   |                              )
16 |           Defendants.        )
   |                              )
17 |                              )
   |                              )
18 |                              )

19

20

21

22

23

24

25

26

27

28

                                        1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  WHEREAS, on May 2, 2016, Defendant JPMorgan Chase Bank, N.A. ("Chase") removed this matter from state court;

2  WHEREAS, pursuant to Federal Rule of Civil Procedure 81, Chase's deadline to respond to the complaint is May 9, 2016; and

3  WHEREAS, Chase requires additional time to investigate the allegations in the Complaint;

4  NOW THEREFORE, Plaintiff and Chase HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The deadline for Chase to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended up to and including June 9, 2016.

2.  This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: May 5, 2016

DAVIS WRIGHT TREMAINE LLP
Joseph Addiego
John D. Freed

By: /s/  John D. Freed
       John D. Freed

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

KETTNER LAW CORPORATION
Marc Applbaum

By: /s/ Marc Applbaum
       Marc Applbaum
       2150 W. Washington St., Suite 104
       San Diego, CA  92110

Attorneys for Plaintiff

Dated: 5/6/16

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Marc Applbaum, counsel for Plaintiff Sheri Lunsford has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a).

                                             */s/  John D. Freed*
                                               John D. Freed