UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI LUNSFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>SETERUS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-02389-VC<br><br>**ORDER TO SHOW CAUSE** |

    Marc Applbaum, counsel for the plaintiff, is ordered to show cause why he should not be sanctioned for failing to appear at yesterday's case management conference.  Mr. Applbaum must file a response to this order to show cause, in writing, by August 9, 2016.  A hearing on the order to show cause will take place on August 25, 2016 at 10 a.m.  Mr. Applbaum must appear in person at the hearing.

    **IT IS SO ORDERED.**

Dated: August 3, 2016

                                                                    VINCE CHHABRIA<br>                                                                    United States District Judge